```
 1                                              JS - 6
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   CENTRAL DISTRICT OF CALIFORNIA
10                         SOUTHERN DIVISION
11   LEISHA FAUTH,                )  SA CV 08-199 AHS (MLGx)
                                  )
12              Plaintiff,        )
                                  )
13        v.                      )  JUDGMENT
                                  )
14   COUNTY OF RIVERSIDE, et al., )
                                  )
15              Defendants.       )
                                  )
16
17        Defendant's Motion for Summary Judgment or, in the
18   Alternative, Partial Summary Judgment, having come on regularly
19   for hearing before the Court, the Honorable Alicemarie H.
20   Stotler, United States District Judge, presiding, and the matter
21   having been duly heard and considered and decision having been
22   duly rendered,
23   //
24   //
25   //
26   //
27   //
28   //
```

```
 1            IT IS ORDERED AND ADJUDGED:
 2            that plaintiff shall take nothing from defendant, that
 3  judgment for defendant is granted, and that defendant shall
 4  recover its costs of suit.
 5            DATED:  June 12, 2009.
 6                                     _____
                                            ALICEMARIE H. STOTLER
 7                                           U.S. DISTRICT JUDGE
```

*ALICEMARIE H. STOTLER* (signature)